# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHARLOTTE T. BODDIE,** : | **CIVIL ACTION NO. 1:09-CV-377** |
| Plaintiff : | |
| : | **(Judge Conner)** |
| v. : | |
| : | |
| **COMMONWEALTH OF** : | |
| **PENNSYLVANIA, DEPARTMENT** : | |
| **OF GENERAL SERVICES, OFFICE** : | |
| **OF ADMINISTRATION, JAMES P.** : | |
| **CREEDON, CONNIE TENNIS and** : | |
| **DEB SHANK,** : | |
| Defendants : | |

## **ORDER**

AND NOW, this 10th day of December, 2010, upon consideration of the report of United States Magistrate Judge William T. Prince (Doc. 36), recommending that defendants' motion for summary judgment (Doc. 21) be granted and plaintiff's complaint be dismissed in full, and, following an independent review of the record and noting that plaintiff filed objections[1] to the report on November 12, 2010 (Doc. 37), and the court finding Judge Prince's analysis to be thorough and well-reasoned, and the court finding plaintiff's objections to be without merit and squarely addressed by Judge Prince's report (Doc. 36), it is hereby ORDERED that:

---

[1] Where objections to a magistrate judge's report and recommendation are filed, the court must perform a *de novo* review of the contested portions of the report. Supinski v. United Parcel Serv., Civ. A. No. 06-0793, 2009 WL 113796, at *3 (M.D. Pa. Jan. 16, 2009) (citing Sample v. Diecks, 885 F.2d 1099, 1106 n. 3 (3d Cir. 1989); 28 U.S.C. § 636(b)(1)(c)). "In this regard, Local Rule of Court 72.3 requires 'written objections which . . . specifically identify the portions of the proposed findings, recommendations or report to which objection is made and the basis for those objections.'" Id. (citing Shields v. Astrue, Civ. A. No. 07-417, 2008 WL 4186951, at *6 (M.D. Pa. Sept. 8, 2008)).

1. The report of Magistrate Judge Prince (Doc. 36) is ADOPTED in its entirety.

2. Defendants' motion for summary judgment (Doc. 21) is GRANTED and plaintiff's complaint is DISMISSED.

3. The Clerk of Court is directed to enter JUDGMENT in favor of defendants and against plaintiff and to CLOSE this matter.

                                            S/ Christopher C. Conner
                                            CHRISTOPHER C. CONNER
                                            United States District Judge